UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                    :

AUDEMARS PIGUET HOLDING S.A. and
AUDEMARS PIGUET (NORTH AMERICA) INC.,

        Plaintiffs,

                              No. 12 Civ. 5423 (LAP)
v.

                              **NOTICE OF APPEAL**

SWISS WATCH INTERNATIONAL, INC.
d/b/a SWISS LEGEND d/b/a SWI GROUP;
ILS HOLDINGS, LLC d/b/a
*WORLDOFWATCHES.COM* and
LIOR BEN-SHMUEL,

        Defendants.
------------------------------------------------------------------------x

NOTICE is hereby given that defendants Swiss Watch International, Inc., ILS Holdings, LLC and Lior Ben-Shmuel appeal to the United States Court of Appeals for the Second Circuit from all aspects of the Final Judgment of the Honorable Chief Judge Loretta A. Preska entered on September 8, 2014 (Dkt. No. 199, annexed as Exhibit A) as well as Part III of the Opinion and Order entered on January 12, 2015 (Dkt. No. 223, annexed as Exhibit B), which includes certain additional watch models in the injunction.

                        DEBEVOISE & PLIMPTON LLP

                        By:      /s/ David H. Bernstein

                        David H. Bernstein (*dhbernstein@debevoise.com*)
                        Elliot Greenfield (*egreenfield@debevoise.com*)
                        Zheng Wang (*zwang@debevoise.com*)
                        919 Third Avenue
                        New York, New York 10022
                        Tel: (212) 909-6696
                        Fax: (212) 521-7696

1000463512v2

Lisa N. Neal (*lneal@rutan.com*) admitted *pro hac vice*
RUTAN & TUCKER, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, California 92626
Tel: (714) 641-5100

*Attorneys for Swiss Watch International, Inc.,
ILS Holdings LLC and Lior Ben-Shmuel*