```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3|10|16
```

426528.1
Milton Springut
Tal S. Benschar
SPRINGUT LAW PC
45 Rockefeller Plaza, 20th Floor
New York, New York 10111
(212) 813-1600

*Attorneys for Plaintiffs*
*Audemars Piguet Holding S.A. and*
*Audemars Piguet (North America) Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
AUDEMARS PIGUET HOLDING S.A. and           :
AUDEMARS PIGUET (NORTH AMERICA) INC.,      :
                                            :
                Plaintiffs,                 :
        v.                                  :     CIVIL ACTION
                                            :     No. 12 Civ. 5423 (LAP)
SWISS WATCH INTERNATIONAL, INC.             :
d/b/a SWISS LEGEND d/b/a SWI GROUP;         :
ILS HOLDINGS, LLC d/b/a                     :
*WORLDOFWATCHES.COM* and                    :
LIOR BEN-SHMUEL,                            :
                                            :
                Defendants.                 :
-----------------------------------------------------------------x

### SATISFACTION OF JUDGMENT

To:   Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York 10007-1312

WHEREAS, a judgment was entered on the 8th day of September 2014 against

defendants Swiss Watch International, Inc. d/b/a Swiss Legend d/b/a SWI Group; ILS

Holdings, LLC d/b/a *Worldofwatches.Com* and Lior Ben-Shmuel, jointly and severally

(Dkt. No. 199); and WHEREAS such judgment was modified by Order dated January 12,

2015 (Dkt. No. 223); and whereas Defendants have made full payment of the monetary portion of the judgment;

NOW, THEREFORE, satisfaction of the monetary portion of the judgment is hereby acknowledged. The Clerk of the United States District Court is hereby authorized and requested to cancel, satisfy and discharge said monetary judgment. Nothing in this Satisfaction of Judgment shall affect the non-monetary provisions of the Final Judgment.

Dated: March 10, 2016

                                            Respectfully submitted,

                                            SPRINGUT LAW PC

By: _/s/ Milton Springut_
Milton Springut, Esq.
Tal S. Benschar, Esq.
45 Rockefeller Plaza, 20th Floor
New York, NY 1011
(212) 813-9600

2